DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223

Attorneys for Defendant Chugach World Services, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| BARBARA ANITA SPRUILL-GRANT and DERYCK DENNISON GRANT, <br><br> Plaintiff, <br><br> vs. <br><br> CHUGACH WORLD SERVICE, INC. and DOE INSURANCE COMPANY I, <br><br> Defendants. | CIVIL CASE NO. CIV11-00025 <br><br><br><br> **STIPULATED DISMISSAL** *WITH* **PREJUDICE** |

IT IS HEREBY STIPULATED by the parties that Plaintiffs hereby dismiss *with* prejudice their complaint in the above-captioned matter. IT IS FURTHER STIPULATED that all parties shall bear their respective costs and attorney's fees.

DOOLEY ROBERTS & FOWLER LLP

Dated: 12/6/11

By: /s/ DAVID W. DOOLEY
Attorneys for Defendant Chugach World Services, Inc.

Stipulated Dismissal
*With* Prejudice
Spruill-Grant v. Chugach, et al.
District Court of Guam
Civil Case No. CIV11-00025

Dated: 12/6/11

LAW OFFICE OF ROBERT L. KEOGH

By: /s/ Robert L. Keogh
ROBERT L. KEOGH
Attorneys for Plaintiffs

DWD:ngm Z-124 Stipulated Dismissal With Prejudice 120511

2